# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| IN RE CELEBREX (CELECOXIB) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>End-Payor Actions<br>Case No. 2:14-CV-464 | **Lead Case No. 2:14-cv-395** |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF BARBARA STANLEY

Plaintiff Barbara Stanley voluntarily dismisses, without prejudice, her claims against all Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 20, 2016

Respectfully submitted,

  /s/  Wyatt B. Durrette, Jr.
Wyatt B. Durrette, Jr. Esq. (VSB #04719)
J. Buckley Warden IV, Esq. (VSB #79183)
DURRETTECRUMP PLC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Tel.   (804) 775-6900
Fax    (804) 775-6911
wdurrette@durrettecrump.com
bwarden@durrettecrump.com

*Local Counsel for Plaintiff Barbara Stanley*
*Liaison Counsel for the Putative End-Payor Class*

| | |
|---|---|
| Jeffrey L. Kodroff | Kenneth Wexler |
| John A. Macoretta | Kara Elgersma |
| Spector Roseman Kodroff & Willis, P.C. | Justin N. Boley |
| 1818 Market Street, Suite 2500 | Wexler Wallace LLP |
| Philadelphia, PA   19103 | 55 West Monroe Street, Suite 3300 |
| Telephone:  (215) 496-0300 | Chicago, Illinois   60603 |
| Facsimile:  (215) 496-6611 | Telephone:  (312) 346-2222 |
| jkodroff@srkw-law.com | Facsimile:  (312) 346-0022 |
| jmacoretta@srkw-law.com | kaw@welxerwallace.com |
| | kae@wexlerwallace.com |
| | jnb@wexlerwallace.com |

*Co-Lead Counsel for Putative End-Payor Class Plaintiffs*

Jayne A. Goldstein
Pomerantz LLP
1792 Bell Tower Lane, Suite 203
Weston, Florida 33326
Telephone:  (954) 315-3454
Facsimile: 954.315.3455
jagoldstein@pomlaw.com
*Counsel for Plaintiff Barbara Stanley*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

 /s/   Wyatt B. Durrette, Jr.
Wyatt B. Durrette, Jr., Esq. (VSB #04719)
DurretteCrump PLC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Tel:    (804) 775-6900
Fax:    (804) 775-6911
wdurrette@durrettecrump.com