UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE CELEBREX (CELECOXIB) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All End-Payor Actions | Lead Case No. 2:14-cv-00395 |

## MOTION FOR DISMISSAL OF CLAIM WITH PREJUDICE AND FOR ENTRY OF FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 41(a)(2), 58(a), and 58(d), and by agreement with Defendants, End-Payor Plaintiffs hereby move this Court for an order: (1) converting the dismissals of End-Payor Plaintiffs' claims in the orders dated February 11, 2016 (Dkt. No. 80) and August 26, 2016 (Dkt. No. 99) from dismissals without prejudice to dismissals with prejudice; (2) entering final judgment thereon for purposes of an appeal; and (3) dismissing their remaining declaratory judgment claim with prejudice. Defendants ("Pfizer") do not oppose this Motion. A memorandum in support of this motion will be filed simultaneously herewith. A proposed order dismissing all claims and entering final judgment is attached as **Exhibit 1** hereto.

Dated: November 30, 2016          Respectfully submitted,

/s/ Wyatt B. Durrette, Jr.
Wyatt B. Durrette, Jr. (VSB #04719)
Barrett E. Pope (VSB #20574)
J. Buckley Warden IV (VSB #79183)
DURRETTECRUMP PLC
1111 East Main Street, 16th Floor
Richmond, VA 23219
T: (804) 775-6900
F: (804) 775-6911
wdurrette@durrettecrump.com
bpope@durrettecrump.com
bwarden@durrettecrump.com
*Liaison Counsel for the Putative End-Payor Class*

1

Kenneth A. Wexler
Kara A. Elgersma
Justin N. Boley
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
T: (312) 346-2222
F: (312) 346-0022
kaw@wexlerwallace.com
kae@wexlerwallace.com
jnb@wexlerwallace.com
*Co-Lead Counsel for the Putative End-Payor Class*

Jeffrey L. Kodroff
John A. Macoretta
SPECTOR ROSEMAN KODROFF & WILLIS, PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
T: (215) 496-0300
F: (215) 496-6611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com
*Co-Lead Counsel for the Putative End-Payor Class*

Daniel E. Gustafson
Jason S. Kilene
Sarah J. Payne
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
spayne@gustafsongluek.com

Heidi Marie Silton
Karen Hansen Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
hmsilton@locklaw.com
khriebel@locklaw.com

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33327
T: (954) 315-3454
F: (954) 315-3455
jagoldstein@pomlaw.com

J. Douglas Richards
Sharon K. Robertson
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
T: (212) 838-7797
F: (212) 838-7745
drichards@cohenmilstein.com
srobertson@cohenmilstein.com

Frank R. Schirripa
Michael A. Rose
HACH ROSE SCHIRRIPA & CHEVERIE LLP
185 Madison Avenue
New York, NY 10016
T: (212) 213-8311
fs@hrsclaw.com

Bernard Joseph DiMuro
DIMURO GINSBERG PC
1101 King Street, Suite 610
Alexandria, VA 22314
T: (703) 684-4333
F: (703) 548-3181
bdimuro@dimuro.com

William H. Narwold
Donald A. Migliori
Michael M. Buchman
MOTLEY RICE LLC
600 Third Avenue, Suite 2101
New York, NY 10016
T: (212) 577-0040
F: (212) 577-0054

Christopher Casper
JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
One Urban Centre, Suite 550
4380 West Kennedy Boulevard
Tampa, FL 33609
T: (813) 397-2300
F: (813) 397-2310

Kimberly C. Walker
KIMBERLY C. WALKER, PC
14498 Scenic Highway 98
Fairhope, AL 36532
T: (251) 928-8461
F: (251) 328-8461
kwalker@kcwlawfirm.com

Susan R. Podolsky
THE LAW OFFICES OF SUSAN R. PODOLSKY
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
T: (571) 366-1702
F: (703) 647-6009
spodolsky@podolskylaw.com

Gregory S. Asciolla
Matthew J. Perez
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
T: (212) 907-0700
F: (212) 818-0477
gasciolla@labaton.com
mperez@labaton.com

Natalie Finkelman Bennett
James C. Shah
Eric L. Young
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
T: (610) 891-9880
F: (610) 891-9883
nfinkelman@sfmslaw.com
jshah@sfmslaw.com

Steve D. Shadowen
HILLIARD & SHADOWEN LLP
39 West Main Street
Mechanicsburg, PA 17055
T: (855) 344-3298
steve@hilliardshadowenlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Wyatt B. Durrette, Jr.*
Wyatt B. Durrette, Jr. (VSB #04719)
Barrett E. Pope (VSB #20574)
J. Buckley Warden IV (VSB #79183)
DURRETTECRUMP PLC
1111 East Main Street, 16th Floor
Richmond, VA 23219
T: (804) 775-6900
F: (804) 775-6911
wdurrette@durrettecrump.com
bpope@durrettecrump.com
bwarden@durrettecrump.com