UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED FOOD AND COMMERCIAL
WORKERS UNIONS AND EMPLOYERS
MIDWEST HEALTH BENEFITS FUND,
*on behalf of itself and all others similarly situated,*

        **Plaintiffs,**

v.                                                                        Civil Action No. 2:14cv395

**PFIZER, INC.,** *et al.*,

        **Defendants.**

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion for Dismissal of Claim with Prejudice and for Entry of Final Judgment is GRANTED as follows: for the reasons stated in this Court's Order entered August 26, 2016 (ECF No. 99) addressing Defendants' Motion to Dismiss, the EPPs' "sham litigation" claim is DISMISSED WITH PREJUDICE; the EPPs' seventy-eight state law claims, based on the antitrust and consumer protection statutes of twenty-five states and the District of Columbia and the common law of unjust enrichment of forty-eight states and the District of Columbia and Puerto Rico, are DISMISSED WITH PREJUDICE. These dismissals with prejudice are pursuant to the parties' consent reached after issuance of the Court's rulings in its August 26, 2016 Order. All remaining claims presented in the Consolidated Amended Complaint (ECF No. 26) are also now DISMISSED WITH PREJUDICE, pursuant to the parties' consent reached after issuance of the Court's rulings in its August 26, 2016 Order.

DATED: 02/17/2017                                                   FERNANDO GALINDO, Clerk

                                                                                                        By_____/s/_____
                                                                                                        Deputy Clerk